UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No.  23-CR-279-LTS-6

EDWIN RAMIREZ,                       ORDER

        Defendant.

-------------------------------------------------------x

        A bail hearing in this case is scheduled to proceed on November 3, 2023, at 12:00 p.m., in Courtroom 17C.

        The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, any documents they would like the Court to consider during or in connection with the proceeding, at least 48 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                /s/ Laura Taylor Swain
      October 31, 2023                    LAURA TAYLOR SWAIN
                                                          Chief United States District Judge