UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

     -v-                                                                 No. 23CR279-LTS

EDWIN RAMIREZ (6),

                Defendant(s).
-------------------------------------------------------------X

## ORDER

Due to the Court's calendar, the sentencing scheduled for November 20, 2025, is rescheduled to **November 18, 2025 at 11:00 a.m.** in Courtroom 17C.

Dated: New York, New York
          September 24, 2025

                                                              /s/ *Laura Taylor Swain*
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge